COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Ariel Montoya and Ofelia Montoya v. AMCAP Mortgage, Ltd

Appellate case number: 01-20-00799-CV

Trial court case number: 2019V-0152

Trial court:     155th District Court of Austin County

  The motion for rehearing is **denied**.

  It is so ORDERED.


Judge's signature:  __/s/ Peter Kelly_____
       ☑ Acting for the Court


Panel consists of Chief Justice Radack, and Justices Kelly and Landau.

Date: <u>December 13, 2022</u>